UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD LOWE, Individually and For Others Similarly

        Plaintiff,                                        Case No. 23-10484

v                                                      HON. MARK A. GOLDSMITH

CORPORATE EMPLOYMENT
RESOURCES INC. d/b/a BARTECH
GROUP, INC.

        Defendant.
_____/

## ORDER OF DISMISSAL

On May 4, 2023, Plaintiff filed a notice of dismissal with the Court (Dkt. 16). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because Defendant has not yet served an answer or motion for summary judgment, and because the notice of dismissal states that the dismissal is without prejudice, the Court hereby orders the instant action dismissed without prejudice.

        SO ORDERED.

Dated: May 11, 2023                                        s/Mark A. Goldsmith
   Detroit, Michigan                                  MARK A. GOLDSMITH
                                                          United States District Judge